Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

COURTNEY L. WOODRUFF
_____
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Case No. _____
*(to be filled in by the Clerk's Office)*

2:17-cv-01700-AKK-JHE

(SEE ATTACHED) "PAGE A2"
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

DEFENDANTS (ATTACHMENT A2)

SHELBY COUNTY JAIL
QCHC
DR. BATES
SHERIFF SAMANIEGO
CAPT. JAY FONDREN

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | COURTNEY L. WOODRUFF |
| All other names by which you have been known: | |
| ID Number | 309469 |
| Current Institution | SHELBY COUNTY JAIL |
| Address | POST OFFICE BOX 1240 |
| | COLUMBIANA  AL  35051 |
| | City   State   Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SHELBY COUNTY JAIL |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | PO BOX 1240 |
| | COLUMBIANA  AL  35051 |
| | City   State   Zip Code |

☐ Individual Capacity    ☒ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | QCHC |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | (QCHC is Medical Contractor for S.C.J.) |
| Address | (I only know to contact them at the jail) |
| | (SAME AS ABOVE) |
| | City   State   Zip Code |

☐ Individual Capacity    ☒ Official Capacity

2

Defendant No. 3

    Name: DR. BATES

    Job or Title (if known): HEAD OF MEDICAL S.C.J. / ADMINISTRATOR QCHC

    Shield Number:

    Employer: QCHC

    Address: (I ONLY KNOW TO CONTACT AT THE JAIL) (SAME AS 2 PRIOR)

    ☒ Individual Capacity     ☐ Official Capacity

Defendant No. 4

    Name: JOHN SAMANIEGO / JAY FONDREN

    Job or Title (if known): SHERIFF SAMANIEGO / CAPT FONDREN

    Shield Number:

    Employer: SHELBY COUNTY SHERIFF DEPARTMENT

    Address: 360 McDOW ROAD, COLUMBIANA, AL 35051

    ☒ Individual Capacity     ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I AM NOT BEING GIVEN ADEQUATE MEDICAL CARE PER MY 8TH AMMENDMENT RIGHTS AND THE STAFF IS NEGLEGENT.

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THEY ARE NEGLECTING US MEDICAL CARE AND I SUSTAINED INJURY IN A PLACE WITHOUT HANDICAP ACCESS. I AM AN AMPUTEE (LEG)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☒ Other   I AM A FEDERAL INMATE BACK ON CONDITIONAL RELEASE VIOLATION
*(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE ATTACHED PAGE LABELED "AFFIDAVIT #1"

4

(AFFIDAVIT #1)

There are a series of events that have led to my complaint being filed. In this case there are seperate defendants with variable levels of responsibility in the events that have transpired. In the first part of the complaint I will address Sheriff Samaniego and the Shelby County Jail, then in the second part I will address QCHC and the medical administrator over this facility, Dr. Bates.

The Shelby County Jail removed me for a period of time from a medium security 'block' with handicap showers and put me in a minimum security housing 'block'. In the original 'block' I was in the cells are approximately 18-24 inches longer, the sinks and mirrors are lowered, there are rails around the toilets to help pick yourself up or down on, and the beds are located at the opposite end of the cell to make wheelchair access possible. This is because the housing 'block' was designed for handicap access. This is also reflected in the design of the showers in that particular housing 'block' because they have been extended and had seats installed in them for wheelchair access. I have an amputated leg that I lost in June of 2015 and am still adjusting to the drastic change and hardships that come from a lifechanging injury of this nature. The point is, there is no question whether or not I need handicap access. I am not claiming a debatable injury that the opinion of one medical professional can discredit the opinion of another medical professional with if the opinions conflict. My lower leg is litterally gone. I can not stand with the stability of another person. This jail will not even let me have a wheelchair or crutches because they claim they are a security risk, even though they built a 'block' for people who need them because they can't pass their accreditation inspections and secure their federal contracts and funding without them. When the administration forced me to move from a higher custody level 'block' to a lower custody level 'block' despite me saying that I would sign a waiver

that said I would stay with higher custody inmates (I was in a maximum security prison in the FBOP), they exposed me to greater harm. They moved me to a housing block without handicap showers or appropriate wheelchair access and refused me a wheelchair. It was in that 'block' while in the 'regular' shower that I slipped out and fell out on the hard concrete and sustained a back injury, as well as a hip/pelvic injury. I was being forced to hop on one leg in a shower and then try to hop back to my cell across a no grip, wet floor with only a shower slide on my wet feet. It was on or around July 17th 2017 right after the lunchtime meal. The Shelby County Jail has a closed circuit camera system that is archived and recorded. There were incident reports filed at the time of the event so I would assume there is a video of the event in the files on the computers at the jail. The Sherrif has not responded to many requests for relief, nor has the facility captain intervened on my behalf with medical to require them to issue me a back brace or a wheelchair. Them forcing me to move to a housing 'block' without the appropriate handicap access caused me physical injury, and the negligence of the sherrif and the inadequate policies of the Shelby County Jail in regards to the housing of physically disabled inmates forced me to be removed from a housing unit that was more adequately equipped to help me (it still was not being utilized in a way that allowed it to operate at a legal standard) caused me actual physical injury. The jail has not tried to any acceptable degree to even assist me in the repairing of that injury, much less worked with me to alter policy and procedure to be more accommodating to someone with my particular special needs. It is because of this that I am filing to hold them legally accountable for their half of the events and subsequent injuries.

As it relates to the medical staff, the following description of what happened here at the facility is reflective of the overall medical care for all the inmates. The doctor at the Shelby County Jail is Doctor Bates. It is known to us through his boasting that he is a founding member and primary shareholder in the medical contract company we know as QCHC. Dr Bates has had an abnormally large number of negligence toward inmates under his care complaints against him to the Shelby County Jail staff. Its something they often relate to us in an "our hands are tied" sort of way. The administration always hides behind the excuse that they are not medical professionals but they are under contract with QCHC for our medical care. It creates a situation where the jail claims that they are powerless but at the same time have no liability. They allege that because doctor Bates is also an upper management member of the QCHC hierarchy that the medical grievance process goes to him on appeal. Even in cases where he is the primary reason for the complaint. This is nothing close to legal due process in a grievance procedure according to the procedural protocol outlined in the institutional grievance process.

Dr Bates is intentionally negligent, which makes QCHC responsible for his negligence as the oversight company that holds the contractual obligation for our healthcare. It is a well known fact around the jail that anytime you get hurt in the jail in anything that could ever resemble a liability situation on the jail, that he will just act like you have sustained no injury and rely on his authority as a medical professional to substantiate that claim. He often boasts directly to us that he can do whatever he wants because he can go to court and tell the court his diagnosis and a judge can't argue with him. He uses this authoritarian attitude to try and intimidate people from seeking outside remedy from the courts. He has done all of this

to me personally.

Because I was hurt in a way that the jail wants to be cautious of the paper trail about, they refuse to acknowledge the extent of my injury. I have not been given any real examination at all since the fall. Dr Bates told me that I will 'be fine' and refused to issue me even a back-brace for my injuries. He decided I would 'be fine' by asking me a total of three questions and never looking up from his notes on the table, which consisted of the files of all the inmates waiting in line. He has been trying to retaliate against me since the Marshals called and told him to give me my medicine regardless of what he thought I was needing. I had just returned from the federal medical center in Butner, North Carolina and had been prescribed it by a federal institutions doctor. He tried to discontinue it when I got back, regardless of the fact that I have been given the medicine because of an obvious need for it (my amputation).

I would like to point out to the court that the Shelby County Jail does not have a law library or provide any access to legal aid through any program that helps inmates prepare petitions (which under several supreme court cases has been upheld as a constitutional right) so I'm not certain how to legally frame my argument at this time in a way that seems coherent and non-frivolous. It is my intention to put my complaint before the honorable court in this informal fashion and then utilize the law library at the other facility once I get moved out of here once its filed. It is just another aspect of the care at the Shelby County Jail that is illegal and that I wish the court would issue an order on so inmates can have a fair chance to review the law so we can make appropriate claims on the violations of

our civil rights that all inmates are afforded without exception.

Until the time that I am requested to provide legal argument (by then I hope to have counsel) let it be sufficient for me to say that I have been injured in the course of falling victim to criminal negligence on behalf of the administration at the Shelby County Jail and I have suffered on the behalf of QCHC and Doctor Bates will not treat me. The jail is negligent. The Sheriff and Captain are over the Jail. Dr. Bates is Negligent. QCHC is over Dr. Bates. On these grounds I want to open a civil rights complaint and request relief. I will put all of my legal arguments to support challenging the constitutionally neglectful care when the time comes. For the time being, without citing legal arguments and in this informal manner, it is difficult to establish standing by citing the appropriate aspects and so on.

On these grounds I ask the court to open this complaint.

COURTNEY L. WOODRUFF

C. What date and approximate time did the events giving rise to your claim(s) occur?

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED PAGE LABELED "AFFIDAVIT #2"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I HAVE CONSTANT BACK PAIN NOW. I CAN'T TELL YOU WHAT THE ACTUAL MEDICAL DIAGNOSIS IS BECAUSE I CAN'T GET HELP.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I ASK THE COURT TO ISSUE AN ORDER TO HAVE ME REMOVED FROM THE CARE OF SHELBY COUNTY JAIL AND RELOCATED TO A FACILITY WITH APPROPRITE ACCESS FOR HANDICAP INMATES. I ASK THAT SHELBY COUNTY JAIL/QCHC BE HELD FINANCIALLY ACCOUNTABLE FOR ALL SUBSEQUENT TREATMENT THAT I NEED FOR INJURY RELATED TO THIS INCIDENT. I ASK THAT DR BATES BE SUSPENDED FROM HIS LEGALLY SUPPORTED POSITION AS A MEDICAL ADMINISTRATOR AND SUPERVISOR OF INMATE MEDICAL CARE PENDING THE OUTCOME OF AN INVESTIGATION INTO HIS NEGLEGENT CONDUCT BY A BOARD OF PROFESSIONAL REVIEW AND THE UNITED STATES MARSHALS SERVICE. I ASK THAT THE SHERIFF OF SHELBY COUNTY JAIL BE ORDERED TO UPDATE FOR HANDICAP INMATES AND PROVIDE SENSATIVITY TRAINING REGARDING HANDICAP INMATES, REVIEW QCHC AS EFFECTIVE HEALTHCARE PROVIDER, AND PAY $350,000⁰⁰ FOR SUFFERING.

5

(AFFIDAVIT #2)

The ordeal where I was moved out of the housing area where there was handicap access was wittnessed by everyone in Shelby County Jail Unit A-8 on the day that I was moved from A-8 to A-5. It will be in the bed book registry when the court orders the list of materials I have asked to be subpoena.

The actual fall was wittnessed by the inmates who resided in the Shelby County Jail block A-5 on the day of the incident as reported.

The fact that the handicap access is not offered to minimum security inmates can be wittnessed by anyone who inspects the housing units at any time.

The complaints in mass against the doctor can be requested via a subpoena of the court of jail records.

My grievance list can be gained access to by way of a court ordered subpoena requesting the records.

Anyone can confirm that I am an amputee. It not science, it takes only visual confirmation.

I can provide more wittnesses to each specific event at the request of the court. Especially when I am given access to the bed book list of names that were in the 'block' at the time as I do not remember their government names.

Any facts I need to substantiate, I can, at the request of the court.

VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

IT COVERS ONLY CLAIMS FOR THE CONFINEMENT ASPECT OF THE CUSTODY. THERE IS NO EFFECTIVE MEDICAL GRIEVANCE PROCESS.

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   SHELBY COUNTY JAIL

2. What did you claim in your grievance?

   THAT I HAVE A BACK INJURY AND CANT GET HELP FOR IT.
   I AM AN AMPUTEE AND I CANT EVEN GET A WHEELCHAIR.

3. What was the result, if any?

   THE DOCTOR REFUSED ME, JAIL ADMIN REFUSES TO GET INVOLVED WITH MEDICAL.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I HAVE REQUESTED APPEALS AND CONTINUED TO FILE A GRIEVANCE OVER AND OVER. THE SHERIFF'S OFFICE SAYS I CANT APPEAL MEDICAL TO THEM. THEY SEND MEDICAL COMPLAINTS DIRECTLY BACK TO THE SAME DOCTOR THE COMPLAINT IS ABOUT FOR THE FINAL SAY AND REVIEW. THERE IS NO DUE PROCESS IN THIS JAIL FOR ANYTHING RELATING TO MEDICAL. IT IS ILLEGAL THE WAY THEY ARE RUNNING THIS PLACE.

7

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    ANY FURTHER GRIEVANCES NOT FILED ARE B/CAUSE DR. BATES TOLD ME DIRECTLY HE WOULD NOT CONSIDER THEM AT ALL.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    DR. BATES, CAPT. FONDREN, NURSE JANE, LT. BEDSOLE — IGNORED.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    THEY REFUSE ME REMEDY ON ANY ISSUES WITH MEDICAL CLAIMING THEY HAVE NO ABILITY TO GIVE MEDICAL RELIEF.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

   If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

      _____

9

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff: COURTNEY L. WOODRUFF
Prison Identification #: 309469
Prison Address: P.O. BOX 1240
COLUMBIANA, AL 35051
City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
(Date)

_____
Signature of Plaintiff

10

Courtney Woodruff #307469
Shelby County Jail
PO Box 1440
Columbiana, AL 35051

SHELBY COUNTY JAIL
INMATE CORRESPONDENCE

Hugo Black Federal Courthouse
1729 5th Ave North Room #
B'ham, AL 35203 - 5412

SECURITY
OCT 04 2017
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

LEGAL MAIL